WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors | Case No. 19-cv-05708-HSG <br><br> (Bankruptcy Case No. 19-30088-DM) <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER** <br><br> Date: October 24, 2019 <br> Time: 2:00 p.m. (Pacific Time) <br> Place: United States District Court <br>         Courtroom 2, 4th Floor <br>         Oakland, CA 94612 |

**PLEASE TAKE NOTICE** that on the above-captioned date and time, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**" or the "**Appellants**"), have asked the above-referenced court to hear their motion to dismiss the above-captioned case (the "**Appeal**") pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). This motion (the "**Motion**") is based upon this Notice, the complete files and records of the Appeal, and the attached Memorandum of Points and Authorities. On September 18, 2019, the Appellants emailed counsel for the parties in interest in the Appeal, announcing Appellants' intention to move the Court to dismiss the appeal. Appellants do not anticipate any objections to the Motion.

Dated: September 18, 2019

**CRAVATH, SWAINE & MOORE LLP**
**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
    Dara L. Silveira

*Attorneys for Appellants*

## MEMORANDUM OF POINTS AND AUTHORITIES

Appellants move this Court to voluntarily dismiss the Appeal pursuant to Bankruptcy Rule 8023 on the grounds that it is moot.

This case is an appeal pursuant to 28 U.S.C. § 158(a)(1) from two orders of the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") granting relief from the automatic stay to plaintiffs pursuing claims against Appellants arising out of the 2017 Tubbs Fire. The orders under appeal are the *Order Granting the Motion of the Official Committee of Tort Claimants for Relief from the Automatic Stay*, filed August 21, 2019 [Docket No. 1, Exhibit A], the *Order Granting the Motion of the Ad Hoc Group of Subrogation Claim Holders for Relief from the Automatic Stay*, filed August 21, 2019 [Docket No. 1, Exhibit B] (together, the "**Orders**"), and the related *Memorandum Decision Regarding Motions for Relief from Stay*, filed August 16, 2019 [Docket No. 1, Exhibit C] (the "**Memorandum**"). Pursuant to 28 U.S.C. § 158(c)(1), Appellants elected to have the appeal heard by this Court rather than by the Bankruptcy Appellate Panel for the Ninth Circuit. Appellants filed their Notice of Appeal in the Bankruptcy Court on September 4, 2019 [Bankruptcy Docket No. 3812]. The Notice of Appeal was transmitted to this Court on September 6, 2019 [Docket No. 1].

As stated in the Notice of Appeal, Appellants filed this Appeal to preserve their rights "until the parties have an opportunity to confer with the District Court" as to the appropriate procedure for addressing the Orders on appeal in light of the *Order Adopting Recommendation for Withdrawal of Reference of Proceeding in Part; Order of Assignment*, filed August 22, 2019 in Case No. 3:19-cv-05257-JD (N.D. Cal.). A status conference was held in that case before the Honorable James Donato on September 10, 2019, at which the Orders on appeal were discussed. On September 17, 2019, Judge Donato issued an Order declining to grant the relief sought in this Appeal and holding that the Tubbs Fire litigation "will proceed as scheduled in the California superior court." [Case No. 3:19-05257-JD, Docket No. 66.] Accordingly, Appellants now move to dismiss this Appeal.

Appellants have not yet perfected this appeal or filed an opening brief. With the exception of the *Notice of Pendency of Other Action or Proceeding Pursuant to Local Rule 3-13*

filed by the Official Committee of Tort Claimants [Docket No. 4], no party has responded to the Notice of Appeal or otherwise participated in the Appeal. Accordingly, there are no fees and costs to be paid. Appellants will pay their own costs.

        For these reasons, Appellants request that the Court dismiss the Appeal.

Dated: September 18, 2019

**CRAVATH, SWAINE & MOORE LLP**
**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
       Dara L. Silveira

*Attorneys for Appellants*

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-cv-05708-HSG<br><br>(Bankruptcy Case No. 19-30088-DM)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**<br><br>Date:   October 24, 2019<br>Time:  2:00 p.m. (Pacific Time)<br>Place:  United States District Court<br>          Courtroom 2, 4th Floor<br>          Oakland, CA 94612 |

Appellants PG&E Corporation and Pacific Gas and Electric Company's Motion to Dismiss Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023 came on for hearing before the Court on October 24, 2019. Based on the papers filed in this case, the arguments advanced at the hearing, and all other matters properly made part of the record, IT IS ORDERED that this case is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023.

**IT IS SO ORDERED.**

Dated: _____

                          Honorable Haywood S. Gilliam Jr.
                          United States District Judge